Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED '09 APR 30 14:09 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LESLIE J. BEAVERS<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | CV 07-6214-HO<br><br>ORDER FOR EAJA<br>ATTORNEY FEES |

Based upon the stipulation of the parties, the Commissioner is ordered to pay $5,366.41 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney and mailed to Plaintiff's attorney. No costs are awarded to either party.

It is so ordered:

DATED 4/30/09

_____
United States District Court Judge

Prepared as to form

/s/  Alan Graf
Attorney for Plaintiff

ORDER